UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

Eastern District of Kentucky
**FILED**

FEB 2 2 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO.  6:17-CR-43-REW

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                          RECEIPT FOR PLEA AGREEMENT

MARTI PAYNE; EDWIN WILLIS;                                DEFENDANT(S)
WHITNEY WRIGHT; BRANDON
HUFF; COURTNEY STACY;
ETHAN POWERS; JAMIE
PETERS; CHRISTOPHER JONAS;
KENNETH BUCHANAN;
LADONNA PING

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

I hereby acknowledge receipt of the Plea Agreement(s), filed into the record at Record Number(s) 263, 272,

280, 249, 282, 254, 256, 244, 270, 219.

Date:__2/17/22_____

UNITED STATES ATTORNEY'S OFFICE
LONDON, KENTUCKY

---

| **PLEASE SIGN AND RETURN TO CLERK'S OFFICE WITHIN SEVEN (7) DAYS** |
| --- |